CAUSE NO. 74947

THE STATE OF TEXAS                         239th District Court

vs                                         of                    FILED IN
14th COURT OF APPEALS

Michael Lee Hocutt                         Brazoria County, Texas    HOUSTON, TEXAS

10/29/2015 9:23:39 AM

NOTICE OF ASSIGNMENT ON APPEAL    CHRISTOPHER A. PRINE
Clerk

ON THE 9th day of October, 2015, the defendant in the above styled and numbered

cause excepted to the order of the Court in said cause and gave Notice of Appeal to the Court of

Appeals, Fourteenth Judicial District.

Date of Judgment or Other Order Appealed From: 10/7/15

Date of Sentencing:   10/7/15

Name of Trial Court Judge:    Pat Sebesta

Name of Court Reporter:      Ida Salinas

Name and Address of Defense Attorney on Appeal:
                      Perry Stevens, (Appointed)
                      603 E. Mulberry
                      Angleton, Texas 77515

Name and Address of Attorney for the State on Appeal:
                      Jeri Yenne, District Attorney
                      Brazoria County Courthouse
                      111 East Locust, Suite 408-A
                      Angleton, TX  77515

Defendant Incarcerated?        Yes

Motion for New Trial Filed?  No

Appeal Bond: No      Date  N/A

Offense and Punishment: BURGLARY OF HABITATION: SIXTY (60) YEARS - TDCJ-ID

                      RHONDA BARCHAK, District Clerk

                      By /S/  Kathleen McDougald, Deputy

Appeal Notice of Assignment

NO. 74947

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE DISTRICT COURT** |
| | § | |
| **vs.** | § | **239th JUDICIAL DISTRICT** |
| | § | |
| **MICHAEL LEE HOCUTT** | § | **BRAZORIA COUNTY, TEXAS** |

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Michael Lee Hocutt, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against Michael Lee Hocutt.

Respectfully submitted,

LAW OFFICE OF MICHAEL C. DIAZ
20228 Hwy. 6
Manvel, Texas 77578
Tel: (281) 489-2400
Fax: (281) 489-2401

By:_____
Michael C. Diaz
State Bar No. 00793616
Attorney for Michael Lee Hocutt

## CERTIFICATE OF SERVICE

This is to certify that on October 9, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Brazoria County, Texas, by hand delivery.

_____
Michael C. Diaz